UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ZO SKIN HEALTH, INC.,

                    Plaintiff,                  <u>ORDER TO SHOW CAUSE</u>

       -against-                    15-CV-3728 (PKC)

WELLNESS CENTER PHARMACY, et al.,

                    Defendants.
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      A review of the docket sheet in this case reveals that the complaint was served on defendants on July 5, 2015, that defendants' answers to the complaint were due on July 27, 2015, and that no answer has been filed or any further action taken in the case.

      Plaintiff is now directed to show cause, in writing, by November 12, 2015, why the case should not be dismissed for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b). Failure to comply with this Order shall result in a recommendation that the case be dismissed.

      The Clerk is requested to send a copy of this Order via ECF to counsel for plaintiff, who shall promptly serve copies on defendants.

      SO ORDERED.

Dated:    Brooklyn, New York
           November 5, 2015

                                          /s/ *Roanne L. Mann*
                                       **ROANNE L. MANN**
                                       **UNITED STATES MAGISTRATE JUDGE**